UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80711-AMC

STEVEN RIVERA,

    Plaintiff,

v.

COLLECTION BUREAU HUDSON
VALLEY, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Jibrael S. Hindi, Esq., and Thomas J. Patti, Esq., hereby give notice of their appearance as counsel for Plaintiff Steven Rivera, in the above-styled action and requests that they be copied with all pleadings and notices in this action.

    DATED: February 25, 2022

                                                    Respectfully Submitted,

                                                  /s/ Thomas J. Patti
                                                  **Jibrael S. Hindi, Esq.**
                                                  Florida Bar No.: 118259
                                                  E-mail:    jibrael@jibraellaw.com
                                                  **Thomas J. Patti, Esq.**
                                                  Florida Bar No.: 118377
                                                  E-mail:    tom@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  110 SE 6th Street, Suite 1744
                                                  Fort Lauderdale, Florida 33301
                                                  Phone:    954-907-1136
                                                  Fax:       855-529-9540

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 25, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

DATED: February 25, 2022

                                          Respectfully Submitted,

                                          /s/ Thomas J. Patti
                                        **Thomas J. Patti, Esq.**
                                        Florida Bar No.: 118377