UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STEVEN RIVERA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

Case No. 9:21-CV-80711-AMC

vs.

COLLECTION BUREAU HUDSON VALLEY, INC.,

    Defendant
_____/

### JOINT NOTICE OF SETTLEMENT

Defendant COLLECTION BUREAU HUDSON VALLEY, INC., and Plaintiff, STEVEN RIVERA, by and through undersigned counsel, hereby notify the Court that the Plaintiff, STEVEN RIVERA and Defendant, COLLECTION BUREAU HUDSON VALLEY, INC have settled this matter at mediation.

Datee: March 14, 2022.

Respectfully submitted,

HIRALDO P.A.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

1049547\310308402.v1

Case No. 9:21-CV-80711-AMC

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
Fourth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: dconnolly@hinshawlaw.com
Attorneys for Defendant COLLECTION
BUREAU HUDSON VALLEY, INC.

Case No. 9:21-CV-80711-AMC

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Manuel Hiraldo, Esq.<br>Hiraldo P.A.<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, FL   33301<br>Email:  mhiraldo@hiraldolaw.com<br>Tel:   954-400-4713<br>Attorneys for Plaintiff | Ignacio Hiraldo, Esq.<br>IJH Law<br>1200 Brickell Avenue<br>Suite 1950<br>Miami, FL   33131<br>Email:  ijhiraldo@ijhlaw.com<br>Tel:  786-496-4469<br>Attorneys for Plaintiff |

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
Peter A. Hernandez
Florida Bar No. 64309
pahernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
Fourth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: dconnolly@hinshawlaw.com
Attorneys for Defendant COLLECTION BUREAU HUDSON VALLEY, INC.