UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STEVEN RIVERA, individually and on behalf
of all others similarly situated,

      Plaintiffs,

vs.

COLLECTION BUREAU HUDSON VALLEY, INC.,

      Defendant

Case No. 9:21-CV-80711-AMC

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Steven Rivera and Defendant Collection Bureau Hudson Valley, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: April 21, 2022

**HIRALDO P.A.**

By:   */s/ Manuel S. Hiraldo*
     Manuel S. Hiraldo
     Florida Bar No. 030380
     401 E. Las Olas Boulevard
     Suite 1400
     Ft. Lauderdale, Florida 33301
     mhiraldo@hiraldolaw.com
     (t) 954.400.4713
     *COUNSEL FOR PLAINTIFF*

2

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
Fourth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: dconnolly@hinshawlaw.com
Attorneys for Defendant COLLECTION
BUREAU HUDSON VALLEY, INC.

2